AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
    Plaintiff

v.   **Civil Action No.**   1:17-cv-415

MICHEAL A. SKERRY
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the Plaintiff, United States Securities and Exchange Commission recover from the Defendant, Micheal A. Skerry a total amount of one million one hundred seventy thousand four hundred twenty-three and 03/100 dollars ($1,170,423.03) plus post-judgment interest at the rate of 1.53%.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: FINAL JUDGMENT is entered in favor of Plaintiff, United States Securities and Exchange Commission and against Defendant, Micheal A. Skerry in the amount of nine hundred fifty seven thousand seven hundred twelve and 41/100 dollars ($957,712.41) together with prejudgment interest thereon in the amount of two hundred twelve thousand seven hundred ten and 62/100 dollars ($212,710.62). Defendant shall make this payment within 30 days after entry of this Final Judgment.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge William C. Lee on a motion for final judgment.

DATE:  December 30, 2019          ROBERT TRGOVICH, CLERK OF COURT

                                                               by   s/N. Long
                                                                *Signature of Clerk or Deputy Clerk*